UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER ROBINSON, :
: CIVIL ACTION NO. 3:17-CV-2205
Plaintiff, :
: (JUDGE CONABOY)
v. : (Magistrate Judge Saporito)
:
DISTRICT ATTORNEY'S OFFICE OF :
MONROE COUNTY, ADA CHAD MARTINEZ, :
:
Defendants. :
:
:

FILED
SCRANTON
DEC 0 4 2017

Per _____ CR
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER ROBINSON, :
: CIVIL ACTION NO. 3:17-CV-2206
Plaintiff, :
: (JUDGE CONABOY)
v. : (Magistrate Judge Saporito)
:
MONROE COUNTY COURT OF COMMON :
PLEAS, JUDGE JONATHAN MARLES, :
:
Defendants. :
:

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER ROBINSON, :
: CIVIL ACTION NO. 3:17-CV-2207
Plaintiff, :
: (JUDGE CONABOY)
v. : (Magistrate Judge Saporito)
:
MONROE COUNTY COURT OF COMMON :
PLEAS, JUDGE M. WORTHINGTON, JUDGE :
SIBUM, :
:
Defendants. :
:

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER ROBINSON, :
: CIVIL ACTION NO. 3:17-CV-2208
Plaintiff, :
: (JUDGE CONABOY)
v. : (Magistrate Judge Saporito)
:
MONROE COUNTY PUBLIC DEFENDERS :
OFFICE, ATTORNEY JAMES P. GREGOR, :
ATTORNEY ERIC CLOSS, :
:
Defendants. :

**ORDER**

Because Federal Rule of Civil Procedure Rule 42(a) allows for consolidation when actions before the court involve a common question of law or fact; and

Because Plaintiff has filed numerous actions seeking to have his November 22, 2017, conviction overturned, each of which states the same core statement of his claim (3:17-CV-2205, Doc. 1 at 4; 3:17-CV-2206, Doc. 1 at 4; 3:17-CV-2207, Doc. 1 at 4; 3:17-CV-2208, Doc. 1 at 4); and

Because Plaintiff asserts that all Defendants violated his due process rights (*id.*),

**NOW, THEREFORE, THIS** _____4th_____ **DAY OF DECEMBER 2017**, in the interest of judicial efficiency and economy, these cases are consolidated into 3:17-CV-2205, and the Clerk of Court is to mark each docket accordingly.

_____
RICHARD P. CONABOY
United States District Judge